UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA BEVERIDGE, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>EARTH ANIMAL VENTURES INC., EARTH ANIMAL VENTURES, LLC, and PONY EXPRESS FOODS, LLC<br><br>    Defendants. | Case No. 3:20-cv-01539-JBA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Laura Beveridge and Defendants Earth Animal Ventures Inc., Earth Animals Ventures LLC, and Pony Express Foods, LLC, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). All parties shall bear their own fees and costs.

| FOOD INDUSTRY COUNSEL, LLC | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
|---|---|
| By: /s/ Shawn K. Stevens<br>SHAWN K. STEVENS<br>JOEL S. CHAPPELLE<br>11414 W Park Place<br>Milwaukee, WI 53224<br>Telephone: (920) 698-2561<br>E-mail: stevens@foodindustrycounsel.com<br>           chappelle@foodindustrycounsel.com<br><br>***Attorneys for Earth Animal*** | By: /s/ Rebecca A. Peterson<br>ROBERT K. SHELQUIST<br>REBECCA A. PETERSON<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rapeterson@locklaw.com<br>           rkshelquist@locklaw.com |

2

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br><br>By: s/ John M. Magliery<br>         John M. Magliery (CT29798)<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>Tel: 212.489.8230<br>Fax: 212.379.5212<br>Email: johnmagliery@dwt.com<br><br>***Attorneys for Pony Express*** | IZARD, KINDALL & RAABE, LLP<br>SETH R. KLEIN<br>OREN FAIRCLOTH<br>29 South Main Street, Suite 305<br>West Hartford, CT 0610<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290<br>E-mail: sklein@ikrlaw.com<br>            ofaircloth@ikrlaw.com<br><br>***Attorneys for Plaintiff*** |

2